**Order entered October 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01068-CV

**MY THREE SONS, LTD., ET AL., Appellants**

**V.**

**MIDWAY/PARKER MEDICAL CENTER, L.P., ET AL., Appellees**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-00398-2013**

## ORDER

The clerk's record is past due. On October 2, 2015, Andrea Stroh Thompson, Collin County District Clerk, informed the Court that the clerk's record had not been filed because appellants had not paid the clerk's fee. On that same date, we instructed appellants by letter to file written verification that they have paid or made arrangements to pay the clerk's fee or written documentation that appellants have been found to be entitled to proceed without payment of costs. On October 12, 2015, appellants provided proof of payment of the clerk's fee. Accordingly, we **ORDER** Ms. Thompson to file the clerk's record **WITHIN THIRTY DAYS** of the date of this order.

/s/    ELIZABETH LANG-MIERS
       JUSTICE